Prob12C

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jaylon Parker Jackson Gore           Case Number: CR-23-00099-001-JFH

Name of Judicial Officer:   The Honorable John F. Heil, III

Date of Original Sentence: July 11, 2024

Original Offense: Sexual Abuse of a Minor in Indian Country

Original Sentence: Ct. 1- 18 months custody, 5 years supervised release

Type of Supervision:  Supervised Release      Date Supervision Commenced: May 30, 2025

Asst. U.S. Attorney:  Shannon Henson           Defense Attorney: To be determined

---

### PETITIONING THE COURT

[X]   To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **You must not commit another federal, state or local crime.** |
| **Special Condition** | **The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.** |
| | Mr. Gore has committed a new law violation by failing to register as a sex offender and violated the SORNA as codified at 34 U.S.C. § 20901. |

On May 30, 2025, Mr. Gore was released from the Bureau of Prisons and immediately began his five (5) year term of supervised release. On June 2, 2025, Mr. Gore reported to Chickasaw Nation to register as a sex offender as he was required to do.

On June 2, 2025, The Chickasaw Nation sex offender registration Lighthorse police officer Sara Massengale provided Mr. Gore with the duty to register form which Mr. Gore signed and acknowledged an understanding of the document. Mr. Gore initially used his mom's address to register as a sex offender and at that time, was advised by Chickasaw Nation that the address was not within compliance with the Chickasaw Nation sex offender registration due to its proximity to a park. Mr. Gore was able to obtain another residence and began staying with a family friend.

On June 9, 2025, Mr. Gore reported to the Probation Office in Muskogee, OK for an intake interview. At his intake interview, Mr. Gore was provided with the Prob 2 which informed him of his duty to register as a sex offender. Mr. Gore promptly signed and acknowledged an understanding of the Prob 2 document.

On June 27, 2025, Mr. Gore called the Probation Office and informed his United States Probation Officer that he had to move out of his friend's house, and he was going to a hotel that was located in a safe zone.

On June 30, 2025, Mr. Gore reported his new address to the Chickasaw Nation sex offender registration Lighthorse police officer Sara Massengale.

On July 31, 2025, the United States Probation Office conducted an in person visit with Mr. Gore at his mother's residence. Mr. Gore told the United States Probation Officer that he was not staying at his mother's residence or anywhere else for more than two days at a time. At that same visit, he was directed to update his registration to whichever address he is staying at and inform the United States Probation Office of his change in address.

On August 12, 2025, the United States Probation Office conducted a home visit at Mr. Gore's listed address, at the hotel.

On August 20, 2025, during an in person visit to the United States Probation Office in Durant, OK, Mr. Gore informed the United States Probation Officer that he was no longer staying at his listed residence as of the August 14, 2025. He admitted to staying at various friends' residences and in various parking lots in his mother's vehicle.

On August 25, 2025, the United States Probation Office contacted Chickasaw Nation sex offender registration Lighthorse Police officer Sara Massengale to confirm that Mr. Gore was up to date on his sex offender registration requirement. According to Officer Massengale, Mr. Gore had not registered

with Chickasaw Nation since June 30, 2025. Official charges are anticipated to be filed by Chickasaw Nation for Failure to Register as a Sex Offender in violation of CNC17-201.8 and Providing False Information in violation of CNC17-201.16.

Mr. Gore has violated 34 U.S.C. § 20913(c) which requires a registered sex offender to notify in person, in at least one jurisdiction in which the offender is registered, after each change in name, residence, employment, or student status. Also, he has violated 34 U.S.C. § 20914(c), which requires a registered sex offender to notify the state registration authority of any places in which the offender is staying when away from his residence for seven or more days. Furthermore, he has violated #6 (six) of the SORNA requirements stated in the Prob2 form, which states that the offender must maintain contact with the state registration authorities and comply with any stated registration requirements that differ from those establish by SORNA.

**Standard Condition #5** — **You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change…**

**Standard Condition #13** — **You must follow the instructions of the probation officer related to the conditions of supervision.**

On July 31, 2025, Mr. Gore was instructed to notify the United States Probation Office of where he would be staying at each time he changed residences. Mr. Gore failed to do so as instructed.

On August 12, 2025, during a personal contact visit, Mr. Gore was instructed to communicate with the United States Probation Office each day and provide an updated address of where he would be staying. Mr. Gore failed to do so as instructed.

On August 20, 2025, Mr. Gore appeared in the United States Probation office for his scheduled polygraph examination. After the polygraph, the United States Probation Officer met with Mr. Gore. Mr. Gore informed the United States Probation Officer that on August 14, 2025, he moved out of the hotel and has not stayed at the hotel, where he is registered. He admitted to staying at various friends' residences and in various parking lots in his mother's vehicle. Mr. Gore was asked why he was not communicating with his Probation Officer as instructed and why he disobeyed a direct order of the United States Probation Officer to communicate each day about where he was staying. Mr. Gore stated that he "forgot" and would ensure to communicate with the United States Probation Officer about his change in residence and or where he would be residing for the evening.

| | |
|---|---|
| **Standard Condition #7** | **You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so…** |

On May 30, 2025, Mr. Gore was released from the custody of the Bureau of Prisons. Since that time he has failed to secure employment.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
     [X]   Revoked

Reviewed and approved,                                             Respectfully submitted,

by:   s/ Robert L. Gwin                                              by:   s/ Chase Little

Robert L. Gwin                                                          Chase Little
Supervisory U. S. Probation Officer                        U.S. Probation Officer
Date: August 27, 2025                                             Date: August 27, 2025

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE